WILLIAM T. HAMILTON, APPELLANT, *v.* THE SAME.

The like order.

JOHN GLEASON, RESPONDENT, *v.* JAMES S. CONGDON, APPELLANT.

Judgment and order reversed, and new trial ordered in Monroe County Court, costs to abide event. *Held* (1), that the mortgage having been drawn by plaintiff's agent in form to be executed by Patrick Donnelly as well as his wife, and it being for the benefit of the plaintiff, his acceptance of it is to be implied from the circumstances, there being no reason to question the good faith of the transaction. (2.) That the mortgage not having become due, and the property being in the possession of the mortgagor, the mortgagor had a leviable interest, which the defendant was justified in selling. (42 N. Y., 325.)

THE PEOPLE, *ex rel.* J. O'NEAL PERKINS, *v.* ELIZA CAWLEY.

Motion for leave to go to the Court of Appeals denied.

HARRISON O. COWING, APPELLANT, *v.* ABRAHAM ALTMAN, RESPONDENT.

Order of Special Term reversed, and motion denied.

WINFIELD S. HALL, RESPONDENT, *v.* DOMINICK HALEY, APPELLANT.

Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order is not appealable.

SAMUEL WILDER, RESPONDENT, *v.* JOEL F. AMSDEN AND ANOTHER, APPELLANTS.

Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order is not appealable.

THOMAS WILBURN, APPELLANT, *v.* HENRY J. SAMPSON AND ANOTHER, RESPONDENTS.

Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order is not appealable.